# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-291-RBJ-BNB

**MARLO EDHOLM**, individually and on
behalf of all others similarly situated,

       Plaintiff,

v.

**AMERICANS FOR RESPONSIBLE LEADERSHIP,**
an Arizona non-profit corporation,

       Defendant.

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1), Edholm's individual claims in the above-captioned case are voluntarily dismissed with prejudice. Pursuant to Federal Rules of Civil Procedure 41(a)(1) and 23(e), the putative class allegations, the putative class claims, and any claims of putative class members in the above-captioned case are voluntarily dismissed without prejudice

Dated:  August 30, 2013                    Respectfully Submitted,

By:  */s/ Joseph J. Mellon*

Joseph J. Mellon
**THE MELLON LAW FIRM**
1401 Wewatta Street, Unit 806
Denver, Colorado 80202
Telephone:  (303) 915-0198
Email:  jmellon@mellonlaw.com

Eric H. Gibbs
Dylan Hughes
Geoffrey A. Munroe
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846
Email:  ehg@girardgibbs.com

Andrew L. Quiat
**THE LAW OFFICE OF ANDREW L. QUIAT PC**
7955 E. Arapahoe Court, Suite 1250
Centennial, Colorado 80112
Telephone:  (303) 471-8558
Email:  aquiat@faxlawcenter.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with this Court on August 30, 2013 through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as nonregistered participants.

<em>/s/  Joseph J. Mellon</em><br>
Joseph J. Mellon